**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith GRIFFIN, Defendant–Appellant.**

No. 01–6564.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Keith Griffin, pro se.

James Brien Comey, Jr., John Staige Davis, V, Richmond, VA, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit JudgesJ.

* We note that after the district court issued its opinion, we concluded that when a defendant does not appeal, his conviction becomes final

PER CURIAM.

Keith Griffin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Griffin,* Nos. CR–97–262; CA–00–10 (E.D.Va. Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

on the date judgment is entered. *See United States v. Sanders,* 247 F.3d 139, 142 (4th Cir.2001).